**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br>MARIO A LOYOLA DOVAL<br><br>XXX-XX-1539<br><br><br>  DEBTOR (S) | CASE NO.:11-07734-EAG<br><br>CHAPTER 13 |

<u>NEGATIVE</u>
<u>STANDING CHAPTER 13 TRUSTEE'S CERTIFICATION RELATED TO DISCHARGE
PURSUANT TO 11 USC §1328(a), (f), (g)(1), (h) AND
RULES 1007(b)(7) & (8) OF THE FRBP AND LBR 3015-2(j)</u>

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

<u>Section 1328(a) & LBR 3015-2(j) DSO Certification of Compliance</u>

The debtor(s) certified to the Trustee (A) that there were NO domestic support obligations due to be paid by the debtor.

<u>Section 1328(f) No Prior Discharge Requirement</u>

According to the case record the debtor(s) HAS/HAVE NOT RECEIVED a discharge under Chapters 7, 11 or 12 during the 4-year period preceding this case petition date.

<u>Instructional Course Requirement Pursuant to
Section 1328(g)(1) & FRBP Rule 1007(b)(7)</u>

According to the case record debtor(s) HAS/HAVE NOT FILED CERTIFICATION(S) of completion of an instructional course concerning personal financial management described in 11U.S.C. §111 as required by Rule 1007(b)(7) of the FRBP.

<u>Applicability of Section 1328(h) & FRBP Rule 1007(b)(8)</u>

Subsection (h) of §1328 IS NOT APPLICABLE to the Debtor(s) in this case since he/she/they, pursuant to §522(b)(2), elected to use federal exemptions under §522(d).

CONCLUSION

Above described facts shows that debtor(s) has/have not comply with the required conditions to be entitled to a Chapter 13 discharge. Hence the case required without the entry of a discharge after the court approval of the Trustee's Final Report.

WHEREFORE, the Trustee hereby respectfully prays from this Honorable Court that after the Trustee's Final Report is approved an order be entered Closing the Case without the entry of debtor(s)'discharge, pursuant to 11 USC §1328(a), 11 USC §1328(h), Rule 4006 of FRBP and LBR 3015-2(j) (4).

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to:the DEBTOR(s) and to all parties in interest by first class mail to their address of record, and also to her/his/their attorney by first class mail, if not a ECFS register user.

In San Juan, Puerto Rico this June 13, 2016.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
Tel (787)977-3535
FAX (787)977-3550

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| FREDERIC CHARDON DUBOS*<br>CHARDON DUBOS, PSC<br>HILL PLAZA<br>2847 AVENIDA MILITAR<br>ISABELA, PR 00662-4099 | MARIO A LOYOLA DOVAL<br>PO BOX 3576<br>MAYAGUEZ, PR 00681-3576 |
| INTERNAL REVENUE SERVICES<br>PHILADELPHIA<br>Philadelphia, PA 19255 | MAYAGUEZ MUNICIPALITY<br>PATENTES MUNICIPALES<br>PO BOX 658<br>Mayaguez, PR 00681-0658 |
| FORTIS CAPITAL II LLC<br>QUANTUM 3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION SUITE 1504<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION SUITE 1504<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 |

DATED: June 13, 2016

Ruben Curbelo
OFFICE OF THE CHAPTER 13 TRUSTEE